# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129515

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
       Plaintiff-Appellee,

v

SOUTH HURON VALLEY UTILITY
AUTHORITY,
       Defendant-Appellee,

and

CITY OF FLAT ROCK,
       Intervening Defendant-Appellant.
_____/

SC: 129515
COA: 261258
Ingham CC: 04-000818-CE

      On order of the Court, the application for leave to appeal the August 11, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

t0123